

Jonathan Benjamin Moore
#29025-057
Greensboro Detention Center
201 S. Edgeworth Street
Greensboro, NC 27401

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 2, 2014

---

No. 14-4146
(1:13-cr-00103-CCE-2)

---

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JONATHAN BENJAMIN MOORE

    Defendant - Appellant

---

ANDERS NOTICE

---

NOTICE TO APPELLANT: Jonathan Moore

PRO SE SUPPLEMENTAL BRIEF DUE: 08/01/2014

Your attorney has filed a brief on your behalf pursuant to Anders v. California, 386 U.S. 738 (1967). In accordance with the requirements of that case, this court will undertake a full review of the district court record to determine whether there may be any issues of possible merit on appeal.

You have the right to submit a brief raising any arguments that you think might support your appeal. You need not furnish any legal citations but should present the facts and arguments you wish the court to consider.

Should you wish to file a pro se supplemental brief, you must file an original with the court within 30 days and serve a copy on counsel in this case. If you are unable to prepare your brief in English, the brief should be filed and served in your native language, and your attorney will arrange for translation. If you are satisfied with the brief filed by your attorney, you need not file a pro se supplemental brief.

Cathy Poulsen, Deputy Clerk
804-916-2704

Copies:      Lisa Blue Boggs
             OFFICE OF THE UNITED STATES ATTORNEY
             101 South Edgeworth Street
             4th Floor
             Greensboro, NC 27401-0000

             Benjamin Porter
             MORROW PORTER VERMITSKY & FOWLER, PLLC
             3890 Vest Mill Road
             P. O. Box 25226
             Winston-Salem, NC 27103-0000

CLERK'S OFFICE
U.S. COURT OF APPEALS
FOR THE FOURTH CIRCUIT
RICHMOND, VIRGINIA 23219

OFFICIAL BUSINESS

RECEIVED
2014 JUL 21  AM 10: 34
U.S. COURT OF APPEALS
FOURTH CIRCUIT

RETURN TO SENDER
☒ NO LONGER AT THIS INSTITUTION
☐ CANNOT LOCATE IN SYSTEM

FIRST CLASS

$00.48⁰
JUL 02 2014
MAILED FROM ZIP CODE 23219

NIXIE    274   C0  1        0267/16/14

            RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

     BC: 23219           *2180-01195-16-32*